**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **PERREAULT, JOSEPH & BARBE**

Chapter 13 Case No.   **05-51008**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LOFSTROM LAW FIRM LLC<br>PO BOX 21123<br>MINNEAPOLIS, MN 55421 | 24 | $164.00 | $7.41 |
| UNICEL<br>PO BOX 2000<br>ALEXANDRIA, MN 56308 | 7 | $187.78 | $8.49 |

TOTAL TO CLERK'S FUND                               $15.90

__January 20, 2011__                  /s/ Kyle L Carlson
DATE                                  TRUSTEE

#32446
1-24-11
DU